■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AFIO STEVENS, Also Known as EFFIONG INYANG, Appellant. [763 NYS2d 757] —Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Marrus, J.), rendered January 30, 2001, revoking a sentence of probation previously imposed by the same court (Friedman, J.), upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of stolen property in the fourth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Florio, J.P., S. Miller, Friedmann, Adams and Rivera, JJ., concur.